JOHN S. LEONARDO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff



FILED ___ LODGED
RECEIVED ___ COPY

MAY - 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>           Plaintiff,<br><br>vs.<br><br>Monique Valerie Pablo-Johnson,<br><br>           Defendant. | CR No. CR 14-1361-TUC-RM(BGM)<br><br>I N F O R M A T I O N<br><br>Violations: 18 U.S.C. §§ 1112 and 1153<br><br>(Involuntary Manslaughter<br>- Two Counts)<br><br>**FELONY** |

THE UNITED STATES ATTORNEY CHARGES:

Count One

On or about June 6, 2013, at or near Mile post 142.5 on state route 86, on the Tohono O'Odham Indian Reservation, in the District of Arizona, MONIQUE VALERIE PABLO-JOHNSON, an Indian, a certified enrolled member of the Tohono O'Odham Indian Nation, a federally recognized tribe, did kill Z. J. R. P., a seven week-old baby, who is also an Indian and a certified enrolled member of the Tohono O'Odham Indian Nation, in the commission of an unlawful act, not amounting to a felony, that is, the defendant with wanton and reckless disregard for human life did drive a motor vehicle while under the influence of a controlled substance, that is cocaine and/or under the influence of alcohol with a blood alcohol level of 0.08 or more within two hours of driving the vehicle and in so doing, the defendant lost control of her vehicle where it eventually rolled, unlawfully killing the victim Z. J. R. P., who was a passenger in the vehicle, knowing that such conduct was a threat to the lives of others and knowing of

circumstances that would reasonably cause the defendant to foresee that such conduct might be a threat to the lives of others, in violation of Title 18, United States Code, Sections 1112 and 1153.

Count Two

On or about June 6, 2013, at or near Mile post 142.5 on state route 86, on the Tohono O'Odham Indian Reservation, in the District of Arizona, MONIQUE VALERIE PABLO-JOHNSON, an Indian, a certified enrolled member of the Tohono O'Odham Indian Nation, a federally recognized tribe, did kill C. E. T., an adult female, who is also an Indian and a certified enrolled member of the Tohono O'Odham Indian Nation, in the commission of an unlawful act, not amounting to a felony, that is, the defendant with wanton and reckless disregard for human life did drive a motor vehicle while under the influence of a controlled substance, that is cocaine and/or under the influence of alcohol with a blood alcohol level of 0.08 or more within two hours of driving the vehicle and in so doing, the defendant lost control of her vehicle where it eventually rolled, unlawfully killing the victim C. E. T., who was a passenger in the vehicle, knowing that such conduct was a threat to the lives of others and knowing of circumstances that would reasonably cause the defendant to foresee that such conduct might be a threat to the lives of others, in violation of Title 18, United States Code, Sections 1112 and 1153.

JOHN S. LEONARDO
United States Attorney
District of Arizona

5/6/16
Date

SERRA M. TSETHLIKAI
Assistant U.S. Attorney